IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 13-32986 |
| MARTIN D. EDWARDS, | ) Chapter 7 |
| | ) |
| Debtor. | ) |
| | ) |
| CENTRAL VIRGINIA BANK, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) |
| | ) |
| MARTIN D. EDWARDS, | ) |
| and | ) |
| BRUCE E. ROBINSON, TRUSTEE, | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING RELIEF FROM THE STAY

Upon consideration of the Motion of Central Virginia Bank to modify the automatic stay; it is

**ORDERED** that the automatic stay imposed by 11 U.S.C. §362 is modified to permit Movant and its successors and assigns to enforce its Deed of Trust as it pertains to real property located in Beaufort County, North Carolina, and is more particularly described as follows:

> BEING all of Lot Two (2) as shown upon the plat of Section One (1) of Ribbitt Creek Subdivision recorded in Plat Cabinet B, Slide 21, Beaufort County Registry, and being the identical tract or parcel

**Paul S. Bliley, Jr., VSB No. 13973**
**WILLIAMS MULLEN**
**P.O. Box 1320**
**Richmond, VA  23218-1320**
**Phone:  (804) 420-6448**
**Fax:      (804) 420-6507**
pbliley@williamsmullen.com
**Counsel for Central Virginia Bank**

of land conveyed to Dewitt C. MccCotter, III and wife, Denny B. McCotter, by deed dated November 6, 1978, and recorded in Book 774, Page 366, Beaufort County Registry. Further reference is made to deed in Book 1213, Page 469, Beaufort County Registry. Reference is also made to deed in Book 1258, Page 542l, Beaufort County Registry.

There is also conveyed herewith a non-exclusive, perpetual easement sixty (60) feet in width for ingress and egress to the parcel of land described above over and across the road as shown in Plat Cabinet B, Slide 21, Beaufort County Registry, the location of which is subject to relocation, all as set forth in Agreement dated November 2, 1978, and recorded in Book 774, Page 351, Beaufort County Registry. And being a portion of those lands as were conveyed by deed dated April 2, 2003 of record in Deed Book 1317, Page 261. Beaufort County Registry, to which map and deed reference are herein made and incorporate for a more complete and detailed description.

Which relief shall extend to the purchaser at foreclosure sale to allow the purchaser to take such action under State law, as may be necessary, to obtain possession of the property.

Richmond, Virginia    _____
August ___, 2013            United States Bankruptcy Judge

I ask for this:

  /s/ Paul S. Bliley, Jr._____
Paul S. Bliley, Jr. (VSB No. 13973)
WILLIAMS MULLEN
Williams Mullen Center
P.O. Box 1320
Richmond, VA  23218-1320
Counsel for Central Virginia Bank

Seen and consented to:


/s/ Brooke Stephenson Barden
Brooke Stephenson Barden, (VSB No.74222)
Harry Jernigan CPA Attorney, P.C.
6800 Paragon Place, Suite 234
Richmond, VA  23230


  /s/ Bruce E. Robinson
Bruce E. Robinson, Trustee
P.O. Box 538
417 E. Atlantic Street
South Hill, VA  23970-0538


## Certifications

     I do hereby certify that all necessary parties have endorsed the foregoing sketch of an Order.  I further certify that the foregoing Order Granting Relief from the Stay is identical to the form order required by the applicable Administrative Order and that no modification, addition or deletion has been made.


Dated:  August 22, 2013                                              /s/ Paul S. Bliley, Jr.
                                                                                                   Paul S. Bliley, Jr.


Service List

      Martin D. Edwards
      11611 Pleasant View Drive
      Richmond, VA 23236

      Brooke Stephenson Barden, Esquire
      Harry Jernigan CPA, Attorney, P.C.
      6800 Paragon Place, Suite 234
      Richmond, VA  23230

      Bruce E. Robinson
      P.O. Box 538
      417 E. Atlantic Street
      South Hill, VA  23970-0538

Paul S. Bliley, Jr.
P.O. Box 1320
Richmond, Va. 23218

13-32986~20130822093745780.doc